# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

DOC NO
REC'D/FILED
2020 NOV 17 PM 3:30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

(Full name of plaintiff(s))

__Rochelle McGhee__

vs

(Full name of defendant(s))

__Madison Metropolitan School District MMSD__

20 CV 1039 BBC

Case Number:
26G 201701 207C
26G 201701 213C
(to be supplied by clerk of court)
26G 201 806773C

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ , and resides at
   (State)
   __2898 South Syene Rd__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

Social Studies and Current Events to all Students and creating an inclusive environment for Special education students, along with assisting (all) Students in the classroom with assignments especially the Special education students, assisting them throughout the day (inside + outside) of the Classroom, planning and creating inclusive lesson plans for special education students and the general classroom, creating Individualized Education Plans (IEP's) for special education Students and facilitating IEP meetings (etc).

2.) Complainant filed this Complaint with Equal Rights Division on July, 21, 2017 asserting that Respondent unfairly marginalized (held to a different standard), harassed (hostile work environment, and discriminated against her because of her race (black) or color (other) and in retaliation (opposing a practice) on several occasions when she complained. /9/16

3.) Complainant states that her two white coworkers created a hostile work environment and marginalized —

and Segregated her and other African Americans (Students) by putting in a 4.) separate cabin overnight (in the woods) from white staff and students. The Complainant also claimed that this was to incite fear along with other work related occurences.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

- An public apology
- 20% of loss wages + raises missed
- Pain + Suffering tax-free
- to be made whole (Damages)
- Attorney fees

E.    **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case
           OR
☐ Court Trial – I want a judge to hear my case

Dated this __11__ day of __17_____ 20 __20__

Respectfully Submitted,

__Rochelle McGhee__
Signature of Plaintiff

__585-200-2826__
Plaintiff's Telephone Number

__rochelle.mcghee@gmail.com__
Plaintiff's Email Address

__2898 South Syene Rd__

__Fitchburg, WI 53711__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5