UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROCHELLE MCGHEE,

    Plaintiff,

vs.                                                        Case No. 20-cv-001039-bbc

MADISON METROPOLITAN
SCHOOL DISTRICT,

    Defendant.

---

## STIPULATION FOR SUBSTITUTION OF COUNSEL

---

**PLEASE TAKE NOTICE** that Defendant, MADISON METROPOLITAN SCHOOL DISTRICT (MMSD), hereby stipulates to substitute Attorneys Oyvind Wistrom and Samantha J. Wood of Lindner & Marsack, S.C., as their counsel of record in place of Attorney Emery Harlan of MWH Law Group LLC. We hereby request that all further communications and pleadings relating to this case be served on the undersigned.

Dated this 6th of December 2021.

                                                    **LINDNER & MARSACK, S.C.**

                                    By:    /s/ Oyvind Wistrom
                                                  Oyvind Wistrom
                                                  Samantha Wood
                                                  411 East Wisconsin Ave., Suite 1800
                                                  Milwaukee, WI 53202-4498
                                                  Phone: (414) 273-3910
                                                  Fax: (414) 273-0522
                                                  owistrom@lindner-marsack.com
                                                  swood@lindner-marsack.com

                                                  *Counsel for Defendant*

*I accept this substitution:*

**LINDNER & MARSACK, S.C.**

By: /s/ Oyvind Wistrom
    Oyvind Wistrom
    Samantha J. Wood

*I consent to the above substitution:*

**MADISON METROPOLITAN SCHOOL DISTRICT**

By: _____
    Sherry Terrell-Webb
    General Counsel
    Madison Metropolitan School District

**MWH Law Group LLP**

By: _____

    Emery Harlan