UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROCHELLE MCGHEE,

        Plaintiff,

vs.                                                              Case No. 20-cv-001039-bbc

MADISON METROPOLITAN
SCHOOL DISTRICT,

        Defendant.

---

## STIPULATION FOR DISMISSAL

---

**NOW COMES** Plaintiff, Rochelle McGhee, by her counsel, the Law Offices of Maxwell Charles Livingston, and Defendant, Madison Metropolitan School District ("District"), by their counsel, Lindner & Marsack, S.C., and hereby stipulate that the above-captioned matter shall be dismissed with prejudice, and without costs or fees to either party.

Dated this 21st day of March 2022.

| | |
|---|---|
| s/ Maxwell C. Livingston | /s/ Oyvind Wistrom . |
| Maxwell C. Livingston | Oyvind Wistrom |
| Wisconsin State Bar No. 1084764 | Wisconsin State Bar No. 1024964 |
| Law Offices of Maxwell Livingston | Lindner & Marsack, S.C. |
| 16601 West Greenfield Ave. | 411 E. Wisconsin Avenue, Suite 1800 |
| New Berlin, WI 53151 | Milwaukee, WI 53202-4498 |
| Phone: 262.317.9717 | Telephone: (414) 273-3910 |
| Fax: 866.433.4321 | Fax: (414) 273-0522 |
| max@maxlivingstonlaw.com | owistrom@lindner-marsack.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |